```
             IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:07CR3139 |
| v. | ) | |
| | ) | |
| AARON KEARNEY, | ) | |
| | ) | ORDER |
| Defendant. | ) | |
| | ) | |

   IT IS ORDERED:

   Defendant's motion to amend conditions of release, filing 20, is granted. The order of November 21, 2007 (filing 18) is modified by not requiring defendant to pay the cost of electronic monitoring. The cost shall be paid by Pretrial Services.

   DATED this 30th day of November, 2007.

                              BY THE COURT:

                              s/ *David L. Piester*
                              David L. Piester
                              United States Magistrate Judge