IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                                  )<br>                    Plaintiff,              )<br>                                                                  )<br>              vs.                                               )<br>                                                                  )<br> AARON KEARNEY,                              )<br>                                                                  )<br>                     Defendant.          )<br>                                                                  ) | 4:07CR3139<br><br>DETENTION ORDER<br><br>PETITION FOR<br>ACTION ON CONDITIONS<br>OF<br>SUPERVISED RELEASE |

   Pursuant to 18 U.S.C. § 3142(f)  and § 3143(a) of the Bail Reform Act, and Fed. R. Crim. P. 32.1(a)(6),

**IT IS ORDERED,**

   The above-named defendant shall be detained until further order, because:

   __X__    The defendant has failed to meet the burden of showing, by clear and convincing evidence pursuant to 18 U.S.C. § 3153 (a) and Fed. R. Crim. P. Rule 32.1(a)(6) that defendant is not likely to fail to appear or pose a danger to the safety of any person or the community.

   __X__    The defendant waived the right to a detention hearing and agreed to detention.

The Court's findings are based on the evidence presented in court and that contained in the court's records, and includes the following:
The defendant waived his right to a detention hearing and agreed to be detained.  He poses a risk of harm to the public and a risk of flight if released.

**IT HEREBY IS FURTHER ORDERED:**

   The defendant is committed to the custody of the Attorney General for confinement in a corrections facility;  the defendant shall be afforded reasonable opportunity for private consultation with counsel; and on order of a court of the United States, or on request of an attorney for the government, the person in charge of the facility shall deliver the defendant to a United States Marshal for appearance in connection with a court proceeding.

DATED: June 28, 2012                    BY THE COURT:

                                                             *s/Cheryl R. Zwart*
                                                             Cheryl R. Zwart
                                                             United States Magistrate Judge